# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:05cr245 |
| | § | (Judge Schell) |
| JENNIFER LYNN KENNADY | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 2 6 2006
DAVID J. MALAND, CLERK
BY
DEPUTY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNT ONE OF THE INFORMATION

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Count One of the Information in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the plea agreement and the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed January 10, 2006, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY on Count One of the Information in the above-numbered cause.

SIGNED this 26th day of January, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE